# Court of Appeals
# of the State of Georgia

ATLANTA, _ June 20, 2017 _____

*The Court of Appeals hereby passes the following order:*

## A17D0488.  THADDEUS L. MOORE v. HEATHER C. MOORE.

In April 2009, the trial court entered a final judgment and decree of divorce for Thaddeus L. Moore and Heather C. Moore, awarding the parties joint legal custody of their minor child.  In 2016, the mother filed a petition for modification of child custody. The trial court granted the mother's petition and awarded her sole physical and legal custody of the minor child.  The father then filed this application for discretionary appeal.

Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are directly appealable.  Additionally, "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013).

We will grant a discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Because the father seeks to appeal an order that modified child custody and visitation rights, he is entitled to a direct appeal. Accordingly, this application is hereby GRANTED.  From the application materials, it appears that the father has already filed a timely notice of appeal.  If so, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>06/20/2017</u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*